Form 169 – ntccovert

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−33501−MBK
Chapter: 7
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Minsoo Chu
   43 Springhouse Circle
   Englishtown, NJ 07726−4121

Social Security No.:
   xxx−xx−5323

Employer's Tax I.D. No.:

## NOTICE OF HEARING
## ON APPLICATION/MOTION TO CONVERT CASE

   An application/motion to convert the above−captioned case from Chapter 7 to Chapter 13, has been filed by Lawrence W. Luttrell, Attorney for Debtors.

   Notice is hereby given that the Court will conduct a hearing on this matter to determine the application/motion for conversion before the Honorable Michael B. Kaplan on:

Date:            January 30, 2017
Time:               10:00 AM
Location:        Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507


Dated: January 5, 2017
JJW:

                                                       Jeanne Naughton
                                                       Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 16-33501-MBK
Minsoo Chu                                                          Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin               Page 1 of 1               Date Rcvd: Jan 05, 2017
                              Form ID: 169              Total Noticed: 10

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 07, 2017.
db             Minsoo Chu,    43 Springhouse Circle,    Englishtown, NJ 07726-4121
516540943     +Amex,   Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
516540945     +Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
516540946     +Chase Card Services,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
516550025      CitiMortgage,    PO Box 6243,    Sioux Falls, SD 57117-6243
516540948     +Nationstar Mortgage LLC,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 05 2017 23:49:23     U.S. Attorney,    970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 05 2017 23:49:21     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
516540944     +E-mail/Text: g20956@att.com Jan 05 2017 23:49:54     AT&T Wireless,    208 S. Akard St. Dallas,
               Dallas, TX 75202-4206
516540947     +E-mail/Text: mrdiscen@discover.com Jan 05 2017 23:48:44     Discover Financial,    Po Box 3025,
               New Albany, OH 43054-3025
                                                                                              TOTAL: 4

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516540942       Abn Amro Mortgage Grou
516550026*     +Discover Financial,   PO Box 3025,    New Albany, OH 43054-3025
                                                                                   TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2017                                          Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 4, 2017 at the address(es) listed below:
              Andrea Dobin    ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE ON BEHALF
               OF THE SARM 2006-8 TRUST FUND dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Lawrence W. Luttrell    on behalf of Debtor Minsoo Chu larryluttrell@lwlpc.com,
               lyndsay@lwlpc.com;renee@lwlpc.com;cathylee@lwlpc.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```