Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  16−33501−MBK
        Chapter:  13
        Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Minsoo Chu
   43 Springhouse Circle
   Englishtown, NJ 07726−4121

Social Security No.:
   xxx−xx−5323

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/15/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: February 15, 2017
JAN: wir

                                                               Jeanne Naughton
                                                                Clerk

```
                           United States Bankruptcy Court
                                 District of New Jersey
In re:                                                                    Case No. 16-33501-MBK
Minsoo Chu                                                                Chapter 13
        Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 1                  Date Rcvd: Feb 15, 2017
                              Form ID: 148             Total Noticed: 12


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 17, 2017.
db             Minsoo Chu,    43 Springhouse Circle,    Englishtown, NJ 07726-4121
516550025      CitiMortgage,    PO Box 6243,   Sioux Falls, SD 57117-6243
516540948     +Nationstar Mortgage LLC,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
516641829     +Nationstar Mortgage LLC,    c/o Aldridge Pite LLP,    4375 Jutland Drive, Suite 200,
                P.O. Box 17933,    San Diego, CA 92177-7921
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Feb 15 2017 23:57:34      U.S. Attorney,   970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 15 2017 23:57:32      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516540944     +EDI: CINGMIDLAND.COM Feb 15 2017 23:33:00      AT&T Wireless,   208 S. Akard St. Dallas,
                Dallas, TX 75202-4206
516540943     +EDI: AMEREXPR.COM Feb 15 2017 23:33:00      Amex,   Correspondence,   Po Box 981540,
                El Paso, TX 79998-1540
516540945     +EDI: BANKAMER.COM Feb 15 2017 23:33:00      Bank Of America,   Nc4-105-03-14,   Po Box 26012,
                Greensboro, NC 27420-6012
516540946     +EDI: CHASE.COM Feb 15 2017 23:33:00      Chase Card Services,   Attn: Correspondence Dept,
                Po Box 15298,    Wilmington, DE 19850-5298
516591715      EDI: DISCOVER.COM Feb 15 2017 23:33:00      Discover Bank,   Discover Products Inc,
                PO Box 3025,    New Albany, OH 43054-3025
516540947     +EDI: DISCOVER.COM Feb 15 2017 23:33:00      Discover Financial,   Po Box 3025,
                New Albany, OH 43054-3025
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516540942        Abn Amro Mortgage Grou
516550026*      +Discover Financial,    PO Box 3025,   New Albany, OH 43054-3025
                                                                                   TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 15, 2017 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE ON BEHALF
               OF THE SARM 2006-8 TRUST FUND dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Lawrence W. Luttrell    on behalf of Debtor Minsoo  Chu larryluttrell@lwlpc.com,
               lyndsay@lwlpc.com;renee@lwlpc.com;cathylee@lwlpc.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```