| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)** | |

**Order Filed on February 15, 2017**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

Minsoo Chu

| | |
|---|---|
| Case No.: | 16-33501 |
| Hearing Date: | |
| Judge: | KAPLAN |
| Chapter: | 13 |

Recommended Local Form:   ☐ Followed   ☐ Modified

## ORDER OF DISMISSAL

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 15, 2017**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

Upon the motion of ___the court for failure to file missing schedules___ and for good cause shown, it is

ORDERED that this case is dismissed and any discharge that was granted is vacated. All outstanding fees to the Court are due and owing and must be paid within 5 days of the date of this Order.

Pursuant to Fed. R. Bankr. P. 2002(f), the Clerk shall notify all parties in interest of the entry of this order.

*Rev. 7/1/04; jml*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-33501-MBK
Minsoo Chu                                                            Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin          Page 1 of 1              Date Rcvd: Feb 15, 2017
                            Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 17, 2017.
db              Minsoo Chu,    43 Springhouse Circle,    Englishtown, NJ 07726-4121

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 15, 2017 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE ON BEHALF
               OF THE SARM 2006-8 TRUST FUND dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Lawrence W. Luttrell    on behalf of Debtor Minsoo  Chu larryluttrell@lwlpc.com,
               lyndsay@lwlpc.com;renee@lwlpc.com;cathylee@lwlpc.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4