Form 199 – ntcreschfstmtg

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16–33501–MBK
Chapter: 7
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Minsoo Chu
   43 Springhouse Circle
   Englishtown, NJ 07726–4121

Social Security No.:
   xxx–xx–5323

Employer's Tax I.D. No.:

## NOTICE OF APPOINTMENT OF SUCCESSOR TRUSTEE
## AND RESCHEDULING OF MEETING
## OF CREDITORS

    NOTICE IS HEREBY GIVEN that Andrea Dobin was appointed pursuant to 11 U.S.C. Section 701(a), as Interim Trustee, replacing Albert Russo.

    ACCORDINGLY, the meeting of creditors has been rescheduled to:

Date:           4/17/17
Time:          03:00 PM
Location:    Clarkson S. Fisher Federal Courthouse, 402 East State Street, Room 129, Trenton, NJ 08608–1507

    Please note, all previously scheduled deadlines remain the same.

Dated: February 28, 2017
JAN: mrg

                                                                        Jeanne Naughton
                                                                        Clerk