UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

In Re:

Minsoo Chu

**Order Filed on February 27, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 16-33501

Adv. No.:

Hearing Date:

Judge: Michael B. Kaplan

### ORDER VACATING ORDER OF DISMISSAL FOR DEBTOR

The relief set forth on the following pages, numbered two (2) through   2   is hereby **ORDERED**.

**DATED: February 27, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court, on its own motion, finds that the

Order Dismissing Case for Debtor
_____

entered in the above-captioned case was entered in error and must be vacated;

and for good cause show, it is

ORDERED that said order

Order Dismissing Case for Debtor
_____

dated  2/15/2017 _____ be and the same is hereby vacated.

United States Bankruptcy Court
District of New Jersey

In re:  
Minsoo Chu  
    Debtor

Case No. 16-33501-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Feb 27, 2017  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2017.  
db           Minsoo Chu,    43 Springhouse Circle,    Englishtown, NJ   07726-4121

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                   TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                     TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2017                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2017 at the address(es) listed below:  
           Albert    Russo     docs@russotrustee.com  
           Denise E. Carlon     on behalf of Creditor     U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE ON BEHALF  
            OF THE SARM 2006-8 TRUST FUND dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
           Lawrence W. Luttrell     on behalf of Debtor Minsoo   Chu larryluttrell@lwlpc.com,  
            lyndsay@lwlpc.com;renee@lwlpc.com;cathylee@lwlpc.com  
           U.S. Trustee.     USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                       TOTAL: 4