Form 199 – ntcreschfstmtg

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.:  16−33501−MBK
                    Chapter:  7
                    Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Minsoo Chu
   43 Springhouse Circle
   Englishtown, NJ 07726−4121

Social Security No.:
   xxx−xx−5323

Employer's Tax I.D. No.:

## NOTICE OF APPOINTMENT OF SUCCESSOR TRUSTEE
## AND RESCHEDULING OF MEETING
## OF CREDITORS

    NOTICE IS HEREBY GIVEN that Andrea Dobin was appointed pursuant to 11 U.S.C. Section 701(a), as Interim Trustee, replacing Albert Russo.

    ACCORDINGLY, the meeting of creditors has been rescheduled to:

Date:                4/17/17
Time:               03:00 PM
Location:        Clarkson S. Fisher Federal Courthouse, 402 East State Street, Room 129, Trenton, NJ 08608−1507

    Please note, all previously scheduled deadlines remain the same.

Dated: February 28, 2017
JAN: mrg

                                                                           Jeanne Naughton
                                                                            Clerk

```
                         United States Bankruptcy Court
                               District of New Jersey
In re:                                                            Case No. 16-33501-MBK
Minsoo Chu                                                        Chapter 7
         Debtor
                             CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin               Page 1 of 1        Date Rcvd: Feb 28, 2017
                              Form ID: 199              Total Noticed: 14


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 02, 2017.
db             Minsoo Chu,    43 Springhouse Circle,    Englishtown, NJ 07726-4121
tr             Albert Russo,    Standing Chapter 13 Trustee,    CN 4853,    Trenton, NJ 08650-4853
516540943     +Amex,    Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
516540945     +Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
516540946     +Chase Card Services,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
516550025      CitiMortgage,    PO Box 6243,    Sioux Falls, SD 57117-6243
516540948     +Nationstar Mortgage LLC,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
516641829     +Nationstar Mortgage LLC,    c/o Aldridge Pite LLP,    4375 Jutland Drive, Suite 200,
                P.O. Box 17933,    San Diego, CA 92177-7921

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Feb 28 2017 23:10:20     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 28 2017 23:10:18      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516540944     +E-mail/Text: g20956@att.com Feb 28 2017 23:10:51      AT&T Wireless,    208 S. Akard St. Dallas,
                 Dallas, TX 75202-4206
516591715      E-mail/Text: mrdiscen@discover.com Feb 28 2017 23:09:41      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
516540947     +E-mail/Text: mrdiscen@discover.com Feb 28 2017 23:09:41      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
516654657     +E-mail/PDF: gecsedi@recoverycorp.com Feb 28 2017 23:13:18      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516540942      Abn Amro Mortgage Grou
516550026*    +Discover Financial,    PO Box 3025,    New Albany, OH 43054-3025
                                                                                   TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 28, 2017 at the address(es) listed below:
          Andrea Dobin    ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com
          Denise E. Carlon    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE ON BEHALF
           OF THE SARM 2006-8 TRUST FUND dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Lawrence W. Luttrell    on behalf of Debtor Minsoo Chu larryluttrell@lwlpc.com,
           lyndsay@lwlpc.com;renee@lwlpc.com;cathylee@lwlpc.com
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
          United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```