UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Lawrence W. Luttrell
Law Office of Lawrence W. Luttrell, PC
2137 State Route 35, 3rd Floor
Holmdel, New Jersey 07733
P: (732) 872-6900
F: (888) 655-7393
larryluttrell@lwlpc.com

Order Filed on March 27, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**Minsoo Chu**

Case No.: 16-33501

Chapter: 7

Hearing Date: March 20, 2017

Judge: Hon. Michael B. Kaplan

## ORDER CONVERTING CASE TO CHAPTER 13

The relief set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: March 27, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of  Minsoo Chu  and  for good cause shown, it is

      **ORDERED** that this case is converted from chapter   7  to chapter 13, and it is further

      **ORDERED** that within 14 days of the date of this Order the debtor shall file amendments to previously filed schedules and statements as necessary, and it is further

    ▫    **ORDERED** that if the case is converting from chapter 7, and the fee under that chapter was waived by prior order of this court, the debtor must pay the chapter 13 filing fee in the amount of _____ in full or file an Application to Pay in Installments within 14 days of the date of this order or the case will be reconverted to chapter 7 without further notice, and it is further

      **ORDERED** that:

        o   the case shall not be dismissed in the event the debtor is unsuccessful in confirming and completing a plan, but shall be reconverted

        o   the conversion is conditioned upon payment by the debtor(s), through the Chapter 13 plan, of all allowed chapter 7 administrative expenses, and it is further

      **ORDERED** that within 14 days of the date of this Order the debtor shall file:

        o      a Chapter 13 Plan and Motions, and

        o      if this case was originally filed on or after October 17, 2005, a *Statement of Monthly Income and Calculation of Commitment Period and Disposable Income* as required by Fed. R. Bankr. P. 1007(b)(5), and it is further,

      **ORDERED** that if the debtor fails to file the documents set forth above within 14 days of the date of this Order, the case shall be converted to chapter 7 by the Court without further notice. If you object to the reconversion of the case, you may submit a response in writing setting forth the reasons why reconversion would not be proper. Such response must be received by the court prior to the expiration of the 14 day submission period.

**ORDERED** that all deadlines pursuant to 11 U.S.C. § 707, 11 U.S.C. § 727, 11 U.S.C. § 522, and 11 U.S.C. § 523 shall be extended and shall begin to run from the date that the Debtor appears for and participates in the Chapter 13 341 Meeting of the Creditors.