UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Lawrence W. Luttrell
Law Office of Lawrence W. Luttrell, PC
2137 State Route 35, 3rd Floor
Holmdel, New Jersey 07733
P: (732) 872-6900
F: (888) 655-7393
larryluttrell@lwlpc.com

Order Filed on March 27, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**Minsoo Chu**

Case No.:      16-33501

Chapter:       7

Hearing Date:  March 20, 2017

Judge:         Hon. Michael B. Kaplan

## ORDER CONVERTING CASE TO CHAPTER 13

The relief set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: March 27, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of  Minsoo Chu  and  for good cause shown, it is

**ORDERED** that this case is converted from chapter  7  to chapter 13, and it is further

**ORDERED** that within 14 days of the date of this Order the debtor shall file amendments to previously filed schedules and statements as necessary, and it is further

- **ORDERED** that if the case is converting from chapter 7, and the fee under that chapter was waived by prior order of this court, the debtor must pay the chapter 13 filing fee in the amount of _____ in full or file an Application to Pay in Installments within 14 days of the date of this order or the case will be reconverted to chapter 7 without further notice, and it is further

**ORDERED** that:

- the case shall not be dismissed in the event the debtor is unsuccessful in confirming and completing a plan, but shall be reconverted
- the conversion is conditioned upon payment by the debtor(s), through the Chapter 13 plan, of all allowed chapter 7 administrative expenses, and it is further

**ORDERED** that within 14 days of the date of this Order the debtor shall file:

- a Chapter 13 Plan and Motions, and
- if this case was originally filed on or after October 17, 2005, a *Statement of Monthly Income and Calculation of Commitment Period and Disposable Income* as required by Fed. R. Bankr. P. 1007(b)(5), and it is further,

**ORDERED** that if the debtor fails to file the documents set forth above within 14 days of the date of this Order, the case shall be converted to chapter 7 by the Court without further notice. If you object to the reconversion of the case, you may submit a response in writing setting forth the reasons why reconversion would not be proper. Such response must be received by the court prior to the expiration of the 14 day submission period.

**ORDERED** that all deadlines pursuant to 11 U.S.C. § 707, 11 U.S.C. § 727, 11 U.S.C. § 522, and 11 U.S.C. § 523 shall be extended and shall begin to run from the date that the Debtor appears for and participates in the Chapter 13 341 Meeting of the Creditors.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-33501-MBK
Minsoo Chu                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin              Page 1 of 1              Date Rcvd: Mar 30, 2017
                                Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 01, 2017.
db             Minsoo Chu,    43 Springhouse Circle,    Englishtown, NJ   07726-4121

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 30, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE ON BEHALF
               OF THE SARM 2006-8 TRUST FUND dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Lawrence W. Luttrell    on behalf of Debtor Minsoo  Chu larryluttrell@lwlpc.com,
               lyndsay@lwlpc.com;renee@lwlpc.com;cathylee@lwlpc.com
              Lyndsay M Ganz    on behalf of Debtor Minsoo  Chu cathylee@lwlpc.com,   lyndsay@lwlpc.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5