Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16–33501–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Minsoo Chu
43 Springhouse Circle
Englishtown, NJ 07726–4121

Social Security No.:
xxx–xx–5323

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:         6/13/17
Time:         10:00 AM
Location:     Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: April 12, 2017
JAN: vpm

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

```
                         United States Bankruptcy Court
                               District of New Jersey
In re:                                                                Case No. 16-33501-MBK
Minsoo Chu                                                            Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-3         User: admin              Page 1 of 1          Date Rcvd: Apr 12, 2017
                             Form ID: 132             Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 14, 2017.
db              Minsoo Chu,    43 Springhouse Circle,    Englishtown, NJ 07726-4121
516540943      +Amex,    Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
516540945      +Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
516540946      +Chase Card Services,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
516550025       CitiMortgage,    PO Box 6243,    Sioux Falls, SD 57117-6243
516540948      +Nationstar Mortgage LLC,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
516641829      +Nationstar Mortgage LLC,    c/o Aldridge Pite LLP,    4375 Jutland Drive, Suite 200,
                 P.O. Box 17933,    San Diego, CA 92177-7921
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 12 2017 22:24:03      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 12 2017 22:24:00      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516540944      +E-mail/Text: g20956@att.com Apr 12 2017 22:24:40      AT&T Wireless,    208 S. Akard St. Dallas,
                 Dallas, TX 75202-4206
516591715       E-mail/Text: mrdiscen@discover.com Apr 12 2017 22:23:10      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
516540947      +E-mail/Text: mrdiscen@discover.com Apr 12 2017 22:23:10      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
516654657      +E-mail/PDF: gecsedi@recoverycorp.com Apr 12 2017 22:27:56      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 6

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516540942       Abn Amro Mortgage Grou
516550026*     +Discover Financial,    PO Box 3025,    New Albany, OH 43054-3025
516760733*     +Nationstar Mortgage LLC,    8950 Cypress Waters Blvd.,    Coppell, TX 75019-4620
                                                                                              TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 12, 2017 at the address(es) listed below:
          Albert    Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE ON BEHALF
           OF THE SARM 2006-8 TRUST FUND dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Lawrence W. Luttrell    on behalf of Debtor Minsoo    Chu larryluttrell@lwlpc.com,
           lyndsay@lwlpc.com;renee@lwlpc.com;cathylee@lwlpc.com
          Lyndsay M Ganz    on behalf of Debtor Minsoo    Chu cathylee@lwlpc.com,    lyndsay@lwlpc.com
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
          United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```