**Order Filed on September 13, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Lawrence W. Luttrell
Law Office of Lawrence W. Luttrell, PC
2137 State Route 35, 3rd Floor
Holmdel, New Jersey 07733
P: (732) 872-6900
F: (888) 655-7393
larryluttrell@lwlpc.com

In Re:

    **Minsoo Chu**

| | |
|---|---|
| Case No.: | 16-33501 |
| Chapter: | 13 |
| Hearing Date: | August 15, 2017 |
| Judge: | Hon. Michael B. Kaplan |

## ORDER DISMISSING BANKRUPTCY CASE

    The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: September 13, 2017**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of  Minsoo Chu  and  for good cause shown, it is

**ORDERED** that this case is hereby Dismissed. and it is further

**ORDERED** that the Order previously requiring the dismissed Chapter 13 case to be reconverted to a Chapter 7 is hereby amended and set aside.

United States Bankruptcy Court
District of New Jersey

In re:                                                                       Case No. 16-33501-MBK
Minsoo Chu                                                                   Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1           Date Rcvd: Sep 13, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2017.
db           #Minsoo Chu,    43 Springhouse Circle,    Englishtown, NJ  07726-4121

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2017 at the address(es) listed below:
      Albert   Russo    docs@russotrustee.com
      Denise E. Carlon     on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE ON BEHALF
       OF THE SARM 2006-8 TRUST FUND dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
      Lawrence W. Luttrell    on behalf of Debtor Minsoo  Chu larryluttrell@lwlpc.com,
       renee@lwlpc.com;cathylee@lwlpc.com
      Lyndsay M Ganz    on behalf of Debtor Minsoo  Chu cathylee@lwlpc.com
      U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
      United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                                                                                              TOTAL: 6